UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS INC,<br><br>                Plaintiff,<br><br>   v.<br><br>TILRAY INC. and HIGH PARK HOLDINGS LTD,<br><br>                Defendants. | CASE NO. 2:21-cv-01692-TL-BAT<br><br>**ORDER STAYING ISSUANCE OF PRETRIAL DEADLINES** |

      This matter has been referred to the undersigned for non-dispositive pretrial matters and the preparation of a report and recommendation on Plaintiff's motion to dismiss counterclaims and strike affirmative defenses (Dkt. 18). Dkt. 23. On April 1, 2022, the parties filed a Combined Joint Status Report and Discovery Plan. Dkt. 22. The parties acknowledge that the Court's ruling on the pending motion may substantially affect the scope of discovery. Additionally, Plaintiff anticipates filing a motion for partial summary judgment shortly after the Court's ruling on the pending motion to dismiss. Dkt. 22.

      Accordingly, the Court finds good cause to stay issuance of a pretrial scheduling order until resolution of the pending motion to dismiss.

      DATED this 11th day of April, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STAYING ISSUANCE OF
PRETRIAL DEADLINES - 1