UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS INC, <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS LTD, <br><br> Defendants-Counterclaimants. | CASE NO. 2:21-cv-01692-TL <br><br> **ORDER RE-NOTING DEFENDANTS-COUNTERCLAIMANTS' MOTION FOR LEAVE TO AMEND ANSWER** |

On April 14, 2022, Defendants Tilray Inc. and High Park Holdings, Ltd. filed a Motion for Leave to Amend Answer. Dkt. 27. The motion was noted for consideration on April 29, 2022. *Id.* The Court finds that the motion should be re-noted pending the District Judge's ruling on the pending Report and Recommendation on Plaintiff's Motion to Dismiss Counterclaims and Strike Affirmative Defenses and Portions of Answer (Dkt. 18).

Accordingly, it is **ORDERED** that the Clerk shall **re-note** Defendants' Motion for Leave to Amend Answer (Dkt. 27) for **June 30, 2022**.

DATED this 27th day of May, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER RE-NOTING DEFENDANTS-COUNTERCLAIMANTS' MOTION FOR LEAVE TO AMEND ANSWER - 1