1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCKLIGHT BRANDS INC,

      Plaintiff-Counterclaim Defendant,

  v.

TILRAY INC. and HIGH PARK HOLDINGS LTD,

      Defendants-Counterclaimants.

CASE NO. 2:21-cv-01692-TL-BAT

**ORDER DIRECTING PARTIES TO CONFER AND PROVIDE UPDATE TO LCR 37 SUBMISSION**

On May 2, 2022, the parties filed a LCR 37 Submission Regarding Defendants' Responses to Plaintiffs' Discovery Requests. Dkt. 33. Plaintiff contends Defendants' responses to its First Requests for Production and Interrogatories are deficient and premised on unsupported and frivolous objections. Defendants contend that the parties are not at a true impasse as Defendants agreed to amend or supplement "nearly all of the responses" challenged by Plaintiff by May 20, 2022. *Id.*, pp. 2-3. Accordingly, it is **ORDERED**:

    1)    The parties shall confer in good faith and submit a joint amendment to the LCR 37 Submission by **June 17, 2022**, specifying only those discovery responses that remain in dispute.

    //

    //

ORDER DIRECTING PARTIES TO CONFER
AND PROVIDE UPDATE TO LCR 37
SUBMISSION - 1

1    2)    A ruling on the LCR 37 Submission (Dkt. 33) is **deferred** until after June 17,

2  2022.

3    DATED this 6th day of June, 2022.

4

5    _____
     BRIAN A. TSUCHIDA
6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING PARTIES TO CONFER
AND PROVIDE UPDATE TO LCR 37
SUBMISSION - 2