UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCKLIGHT BRANDS INC,

    Plaintiff-Counterclaim Defendant,

    v.

TILRAY INC. and HIGH PARK HOLDINGS LTD,

    Defendants-Counterclaimants.

CASE NO. 2:21-cv-01692-TL

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER**

On April 14, 2022 Defendants-Counterclaimants Tilray Inc. and High Park Holdings Ltd requested leave to file an amended answer. Dkt. 27; Dkt. 28, Exhibit B (Proposed Amended Answer). On April 25, 2022, Plaintiff-Counterclaimant Docklight Brands Inc. ("Docklight") objected to the motion. Dkt. 31. On June 15, 2022, Docklight withdrew its objection to the proposed amendment. Dkt. 43.

Accordingly, it is **ORDERED** that Defendants' motion for leave to amend (Dkt. 27) is **GRANTED**; Defendants may file an Amended Answer (as proposed in Exhibit B) within ten (10) days of this Order.

DATED this 16th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge