UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS INC, <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS LTD, <br><br> Defendants-Counterclaimants. | CASE NO. 2:21-cv-01692-TL <br><br> **ORDER GRANTING UNOPPOSED MOTION TO SEAL** |

The Court, having considered Defendants' Unopposed Motion to Seal (Dkt. 50), it is hereby **ORDERED**:

1. Defendants' Motion to Seal is **GRANTED**.

2. The version of Defendants' Opposition to Plaintiff's Motion for Leave to File An Early Partial Summary Judgment Motion which was filed under seal (Dkt. 51) will remain under seal.

DATED this 19th day of July, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
TO SEAL - 1