UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS LTD., <br><br> Defendants-Counterclaimants. | CASE NO. 2:21-cv-01692-TL <br><br> ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM AND AFFIRMATIVE DEFENSES |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 40) and the remaining record, and receiving no objections or responses, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Docklight Brands Inc. ("Docklight")'s Motion to Dismiss Counterclaims, Affirmative Defenses, and to Strike Portions of the Answer of Defendants and Counterclaimants Tilray, Inc. ("Tilray") and High Park Holdings Ltd. ("High Park") (Dkt. No. 18) is GRANTED in part and DENIED in part as follows:

      a. The Court GRANTS Docklight's motion to dismiss Defendants' Counterclaims for fraud, fraudulent inducement, unjust enrichment, and rescission (First, Second, Third, and Fourth Counterclaims);

      b. The Court DENIES Docklight's motion to dismiss Defendants' Counterclaims for the breach of good faith and fair dealing, breach of contract, and anticipatory breach (Fifth and Sixth Counterclaims);

      c. The Court GRANTS Docklight's motion to dismiss Defendants' Second, Third, Fourth, Fifth, Seventh, and Eighth Affirmative Defenses;

      d. The Court GRANTS Docklight's motion to dismiss Defendants' First and Sixth Affirmative Defenses, with leave to amend; and

      e. The Court DENIES Docklight's motion to strike portions of Defendants' Answer.

(3) The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Tsuchida and to re-refer this matter to Judge Tsuchida for further pretrial proceedings.

Dated this <u>21st</u> day of July 2022.

                                    Tana Lin
                                      United States District Judge