1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCKLIGHT BRANDS INC,

          Plaintiff,

  v.

TILRAY INC. and HIGH PARK HOLDINGS LTD,

          Defendants.

CASE NO. 2:21-cv-01692-TL

**ORDER SETTING TRIAL AND RELATED DATES**

The Court sets this matter for jury trial and issues the following related pretrial deadlines:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:00 A.M. ON | **9/25/2023** |
| Length of trial | 7 days |
| Deadline for joining additional parties | **8/25/2022** |
| Deadline for filing amended pleadings | **9/22/2022** |
| Disclosure of expert testimony under FRCP 26(a)(2) due | **2/24/2023** |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | **3/24/2023** |
| All motions related to discovery must be filed by | **4/3/2023** |
| Discovery completed by | **4/28/2023** |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | **5/22/2023** |

ORDER SETTING TRIAL AND RELATED
DATES - 1

| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | **6/23/2023** |
|---|---|
| Mediation per LCR 39.1, if requested by the parties, held no later than | **7/28/2023** |
| All motions in limine must be filed by | **8/21/2023** |
| Agreed LCR 16.1 Pretrial Order due | **9/4/2023** |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | **9/11/2023** |
| Pretrial Conference scheduled for 9:30 a.m. on | **9/18/2023** |

These dates are set at the direction of the Court. All other dates have already passed or are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause. If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Kadya Peter, at 206-370-8525 within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

The settlement conference conducted between the close of discovery and filing of dispositive motions requires a face-to-face meeting or telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

ORDER SETTING TRIAL AND RELATED
DATES - 2

## PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth

* Names of Minor Children - redact to the initials

* Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

* Financial Accounting Information - redact to the last four digits

* Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

## TRIAL EXHIBITS

The original and two copies of the trial exhibits are to be delivered to Judge Lin's chambers five days before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered consecutively beginning with P-1; defendant(s)'exhibits shall be numbered consecutively beginning with D-1. Joint exhibits shall be numbered consecutively beginning with J-1. Duplicate documents shall not be listed twice. Each exhibit shall be printed double-sided unless there is a specific need to not do so. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with

appropriately numbered tabs.

## SETTLEMENT

Should this case settle, counsel shall notify Deputy Clerk Kadya Peter at 206-370-8525, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 28th day of July, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge