The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS, INC., <br><br> Defendants. | Case No. 2:21-cv-01692-TL (BAT) <br><br> **DOCKLIGHT'S STIPULATED MOTION & ~~PROPOSED~~ ORDER TO DISMISS NEGLIGENT MISREPRESENTATION CLAIM** <br><br> **NOTED:  AUGUST 1, 2022** |

Plaintiff Docklight Brands, Inc. moves for leave to dismiss its Second Cause of Action, for Negligent Misrepresentation, with prejudice.  Defendants stipulate to the dismissal.

IT IS SO AGREED, THROUGH COUNSEL OF RECORD.

DATED this 1st day of August, 2022.

**GORDON TILDEN THOMAS & CORDELL LLP**
*Attorneys for Plaintiff Docklight Brands, Inc.*

By  *s/ Michael Brown*
       Jeffrey M. Thomas, WSBA #21175
       Mark Wilner, WSBA #31550
       Michael Brown, WSBA #45618
       600 University Street, Suite 2915
       Seattle, Washington 98101
       206.467.6477
       jthomas@gordontilden.com
       mwilner@gordontilden.com

STIPULATED MOTION TO DISMISS - 1
No. 2:21-cv-01692-TL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| | |
|---|---|
| 1 | |
| 2 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 3 | *Attorneys for Defendants and Counterclaimants Tilray, Inc. and High Park Holdings, Ltd.* |
| 4 | |
| 5 | By   *s/ Alicia Cobb* |
|   | Alicia Cobb, WSBA # 48685 |
| 6 | 1109 First Avenue, Suite 210 |
|   | Seattle, WA 98101 |
| 7 | Tel: 206-905-7000 |
|   | Fax: 206-905-7100 |
|   | aliciacobb@quinnemanuel.com |
| 8 | |
|   | Rachel E. Epstein (*pro hac vice*) |
| 9 | 51 Madison Avenue, 22nd Floor |
|   | New York, NY 10010 |
| 10 | Tel: 212-849-7000 |
|   | Fax: 212-849-7100 |
| 11 | rachelepstein@quinnemanuel.com |

**ORDER**

THIS MATTER came before the Court on Docklight's Stipulated Motion to Dismiss Negligent Misrepresentation Claim. The Court has duly considered the pleadings, papers, declarations, and exhibits submitted by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

Docklight's Stipulated Motion to Dismiss Negligent Misrepresentation Claim is GRANTED.

Dated this 2nd day of August 2022.

Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS - 2
No. 2:21-cv-01692-TL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants

By: *s/ Michael P. Brown*
Michael P. Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101-4172
206.467.6477
mbrown@gordontilden.com

STIPULATED MOTION TO DISMISS - 3
No. 2:21-cv-01692-TL

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477