**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS LTD., <br><br> Defendants. | Case No. 2:21-cv-01692-TL-BAT <br><br> **ORDER GRANTING STIPULATED MOTION FOR LEAVE TO ADD AFFIRMATIVE DEFENSE, AND SETTING PLAINTIFF'S DEADLINE TO ANSWER DEFENDANTS' THIRD AMENDED ANSWER AND COUNTERCLAIMS** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Docklight Brands, Inc. ("Docklight") and Defendants Tilray Brand, Inc. ("Tilray") and High Park Holdings Ltd. ("High Park") (collectively the "Parties"), by and through their respective counsel, submit a Stipulated Motion to Extend Deadline to File Third Amended Answer, For Leave to Add Affirmative Defense, and to Extend Plaintiff's Deadline to Answer Defendants' Third Amended Answer and Counterclaims. Dkt. 64.

On July 21, 2022, the Court adopted the May 27, 2022 Report and Recommendation, striking certain of Defendants' affirmative defenses, but granting Defendants' the opportunity to replead Defendants' First and Sixth Affirmative Defenses. Dkt. 54. The deadline for filing Defendants' Third Amended Answer would be August 4, 2022. Defendants also intend to add as an additional affirmative defense Failure to Mitigate Damages, and Plaintiff has consented to this addition.

STIP. MOT. TO AMEND & EXTEND DEADLINE TO ANSWER
CASE NO. 2:21−CV−01692−TL−BAT

1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

1  The Parties further stipulate and agree that, in the interest of judicial economy, Defendants
2  shall have until August 4, 2022 to file a Third Amended Answer and Counterclaims which both
3  repleads Defendants' First and Sixth Affirmative Defenses in accord with the Court's July 21,
4  2022 order, and adds an affirmative defense of Failure to Mitigate Damages.

5  The Parties further stipulate and agree that Docklight shall have until August 25, 2022 to
6  answer Defendants' Third Amended Answer and Counterclaims.

7  WHEREFORE, the Parties respectfully request an Order modifying the current case
8  deadlines as described herein.

9  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

10  DATED August 4, 2022.

/s/ Michael P. Brown
Jeffrey M. Thomas, WSBA #21175
Mark A. Wilner, WSBA #31550
Michael P. Brown, WSBA #45618
GORDON TILDEN THOMAS &
CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
Phone (206 467-6477

*Attorneys for Plaintiff*

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Rachel E. Epstein (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
rachelepstein@quinnemanuel.com

*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED this 4th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIP. MOT. TO AMEND & EXTEND DEADLINE TO ANSWER
CASE NO. 2:21-CV-01692-TL-BAT

2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED:  August 3, 2022                    /s/ Alicia Cobb
                                          Alicia Cobb, WSBA #48685

STIP. MOT. TO AMEND & EXTEND DEADLINE TO ANSWER
CASE NO. 2:21−CV−01692−TL−BAT

3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100