The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., | Case No. 2:21−CV−01692−TL-BAT |
| Plaintiff-Counterclaim Defendant, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| TILRAY, INC. and HIGH PARK HOLDINGS, LTD., | |
| Defendants-Counterclaimants. | |

The Court, having considered the High Park parties' Motion to Seal, IT IS HEREBY ORDERED:

1. The High Park parties' Motion to Seal (Dkt. 74) is **GRANTED**.

2. The version of the High Park parties' LCR 37 Submission and the Beattie Declaration that were filed under seal will remain under seal.

DATED this 2nd day of September, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Order Granting Motion to Seal
Case No. 2:21−CV−01692−TL-BAT

1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

Presented by:

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

　　*/s/ Alicia Cobb*
Alicia Cobb, #48685
1109 First Avenue, Suite 210
Seattle, WA  98101
Phone (206) 905-7000
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

Rachel Epstein (*pro hac vice*)
Todd Beattie (*pro hac vice*)
Mario Gazzola (*pro hac vice*)
51 Madison Avenue
New York, New York 10010
Phone (212) 849-7000
Fax (212) 849-7100
rachelepstein@quinnemanuel.com
toddbeattie@quinnemanuel.com
mariogazzola@quinnemanuel.com

*Counsel for Defendant and Counterclaimant High Park Holdings, Ltd. and Counterclaimant Tilray Brands, Inc.*

ORDER GRANTING MOTION TO SEAL
CASE NO. 2:21−CV−01692−TL-BAT

2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to counsel of record.

DATED: August 31, 2022.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

ORDER GRANTING MOTION TO SEAL
CASE NO. 2:21−CV−01692−TL-BAT

3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101-2961
Telephone: (206) 905-7000 Fax: (206) 905-7100