THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DOCKLIGHT BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TILRAY INC. and HIGH PARK HOLDINGS LTD.,<br><br>Defendants. | Case No. 2:21-cv-01692-TAL-BAT<br><br>**STIPULATED MOTION TO EXTEND TILRAY'S DEADLINE TO RESPOND TO LCR 37 ORDER AND TO EXTEND TILRAY'S AND HIGH PARK'S DEADLINE TO RESPOND TO DOCKLIGHT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RENOTING MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>NOTING DATE: November 16, 2022 |

Plaintiff and Counterclaim-Defendant Docklight Brands, Inc. ("Docklight"), Defendant and Counterclaimant High Park Holdings Ltd. ("High Park"), and Counterclaimant Tilray Brands, Inc. ("Tilray") (collectively the "Parties"), by and through their respective counsel, respectfully submit this Stipulated Motion to Extend Tilray's Deadline to Respond to LCR 37 Order, to Extend Tilray's and High Park's Deadline to Respond to Docklight's Motion For Partial Summary Judgment, and Renoting Motion for Partial Summary Judgment.

On October 21, 2022, the Parties filed a Joint LCR 37 Submission Regarding Tilray's Responses to Docklight's Discovery Requests. The items in dispute were Interrogatory No. 11 and Requests for Production No. 19, 26, 28, 29, 33, and 37. On October 31, 2022, the Magistrate Judge issued an order denying Docklight's request regarding Interrogatory No. 11 and Request for

STIP. MOT. TO SET CASE DEADLINES
Case No. 2:21-cv-01692-TAL-BAT

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1  Production No. 19 and granting Docklight's motion to compel Tilray to produce documents in
2  response to Requests for Production No. 26, 28, 29, 33, and 37 within ten (10) days.  For Request
3  for Production No. 37, the Parties stipulate and agree that Tilray's deadline to produce documents
4  in compliance with the Order and Tilray's deadline to file any objections to the Magistrate Judge's
5  Order shall be extended to November 29, 2022.
6      Further, on November 3, 2022, Docklight filed and served a Motion for Partial Summary
7  Judgment against Tilray and High Park, noted for November 25, 2022.  The deadline for Tilray
8  and High Park to file their response is currently November 21, 2022.  The Parties stipulate and
9  agree that Docklight's Motion for Summary Judgment shall be re-noted for December 16, 2022,
10  that Tilray and High Park shall file their response to Docklight's Motion for Partial Summary
11  Judgment by December 6, 2022, and that Docklight shall file its reply by December 16, 2022.
12      WHEREFORE, the Parties respectfully request an Order modifying the current case
13  deadlines as described herein.
14      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
15      DATED November 17, 2022.

STIP. MOT. TO SET CASE DEADLINES
Case No. 2:21-cv-01692-TAL-BAT - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

| | |
|---|---|
| */s/ Michael P. Brown* | */s/ Alicia Cobb* |
| Jeffrey M. Thomas, WSBA #21175<br>Mark A. Wilner, WSBA #31550<br>Michael P. Brown, WSBA #45618<br>GORDON TILDEN THOMAS & CORDELL LLP<br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>Phone (206 467-6477 | Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com |
| *Attorneys for Plaintiff and Counterclaim-Defendant Docklight Brands, Inc.* | Rachel E. Epstein (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>rachelepstein@quinnemanuel.com |
| | *Attorneys for Defendant and Counterclaimant High Park Holdings Ltd. and Counterclaimant Tilray Brand, Inc.* |

**IT IS SO ORDERED**.

DATED this 17th day of November, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIP. MOT. TO SET CASE DEADLINES
Case No. 2:21-cv-01692-TAL-BAT  - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: November 16, 2022                    */s/ Alicia Cobb*
                                            Alicia Cobb, WSBA #48685

STIP. MOT. TO SET CASE DEADLINES
Case No. 2:21-cv-01692-TAL-BAT  - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000