THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS LTD., <br><br> Defendants. | Case No. 2:21-cv-01692-TAL-BAT <br><br> **STIPULATED MOTION TO EXTEND TILRAY'S DEADLINE TO RESPOND TO LCR 37** <br><br> NOTING DATE: November 28, 2022 |

Plaintiff and Counterclaim-Defendant Docklight Brands, Inc. ("Docklight"), Defendant and Counterclaimant High Park Holdings Ltd. ("High Park"), and Counterclaimant Tilray Brands, Inc. ("Tilray") (collectively the "Parties"), by and through their respective counsel, respectfully submit this Stipulated Motion to Extend Tilray's Deadline to Respond to LCR 37 Order.

On October 21, 2022, the Parties filed a Joint LCR 37 Submission Regarding Tilray's Responses to Docklight's Discovery Requests.  The items in dispute were Interrogatory No. 11 and Requests for Production No. 19, 26, 28, 29, 33, and 37.  On October 31, 2022, the Magistrate Judge issued an order denying Docklight's request regarding Interrogatory No. 11 and Request for Production No. 19 and granting Docklight's motion to compel Tilray to produce documents in response to Requests for Production No. 26, 28, 29, 33, and 37 within ten (10) days.  For Request for Production No. 37, the Parties previously stipulated and agreed, and the Court ordered, that

STIP. MOT. TO SET LCR 37 DEADLINE
CASE NO. 2:21-CV-01692-TAL-BAT

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1  Tilray's deadline to produce documents and/or to file any objections to the Magistrate Judge's
2  Order shall be extended to November 29, 2022.  Dkt. 95.  The Parties continue to meet and confer
3  regarding Tilray's response to RFP No. 37.  Therefore, the Parties stipulate and agree that, as to
4  RFP No. 37, Tilray's deadline to produce documents and/or file any objections to the Magistrate
5  Judge's Order shall be extended to December 9, 2022.
6      WHEREFORE, the Parties respectfully request an Order modifying the current case
7  deadlines as described herein.
8      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

*Signature page follows*

STIP. MOT. TO SET LCR 37 DEADLINE
CASE NO. 2:21-CV-01692-TAL-BAT  - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

DATED November 28, 2022

/s/ Michael P. Brown
Jeffrey M. Thomas, WSBA #21175
Mark A. Wilner, WSBA #31550
Michael P. Brown, WSBA #45618
GORDON TILDEN THOMAS &
CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
Phone: (206) 467-6477

*Attorneys for Plaintiff and Counterclaim-Defendant Docklight Brands, Inc.*

/s/ Alicia Cobb
Alicia Cobb, WSBA #48685
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Phone: (206) 905-7000
Fax: (206) 905-7100
aliciacobb@quinnemanuel.com

Rachel E. Epstein (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
rachelepstein@quinnemanuel.com

James P. Savitt, WSBA #16847
Jacob P. Freeman, WSBA #54123
SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
jsavitt@sbwLLP.com
jfreeman@sbwLLP.com

*Attorneys for Defendant and Counterclaimant High Park Holdings Ltd. and Counterclaimant Tilray Brand, Inc.*

IT IS SO ORDERED.

DATED this 1st day of December, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIP. MOT. TO SET LCR 37 DEADLINE
CASE NO. 2:21-CV-01692-TAL-BAT - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED:  November 28, 2022            /s/ *Alicia Cobb*
                                                              Alicia Cobb, WSBA #48685

STIP. MOT. TO SET LCR 37 DEADLINE
CASE NO. 2:21-CV-01692-TAL-BAT - 4

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000