The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCKLIGHT BRANDS, INC.,

Plaintiff,

v.

TILRAY INC. and HIGH PARK HOLDINGS, INC.,

Defendants.

Case No. 2:21-cv-01692-TL (BAT)

DOCKLIGHT'S STIPULATED MOTION TO AMEND COMPLAINT; ORDER

NOTE ON MOTION CALENDAR:
DECEMBER 7, 2022

Plaintiff Docklight Brands, Inc. moves for leave to amend its Complaint (Dkt. 1) to remove certain allegations, add allegations that Defendants were alter-egos of one another, and remove the cause of action for Negligent Misrepresentation that Docklight voluntarily dismissed earlier in these proceedings.  A redline version of the proposed amended pleading is attached hereto as Exhibit A.

Defendants do not oppose Plaintiff's motion for leave to amend, and stipulate to the granting of such leave, without prejudice to their rights to challenge the new allegations or the amended complaint and without conceding that the elimination of allegations that were included in Docket No. 1 has any impact on the proper scope of discovery.

STIPULATED MOTION TO AMEND - 1
No. 2:21-cv-01692-TL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1    IT IS SO AGREED, THROUGH COUNSEL OF RECORD.

2    DATED this 7th day of December, 2022.

**GORDON TILDEN THOMAS & CORDELL LLP**
*Attorneys for Plaintiff Docklight Brands, Inc.*

By _____

Jeffrey M. Thomas, WSBA #21175
Mark Wilner, WSBA #31550
Michael Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
jthomas@gordontilden.com
mwilner@gordontilden.com

**SAVITT BRUCE & WILLEY LLP**
*Attorneys for Defendant and Counterclaimant High Park Holdings, Ltd. And Counterclaimant Tilray Brands, Inc.*

By      *s/ James P. Savitt*
James P. Savitt, WSBA #16847
Jacob P. Freeman, WSBA #54123
1425 Fourth Avenue, Suite 800
Seattle, WA 98101-2272
Tel: 206-749-0500
Fax: 206-749-0600
jsavitt@sbwllp.com
jfreeman@sbwllp.com

IT IS SO ORDERED.

DATED this 12th day of December, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION TO AMEND - 2
No. 2:21-cv-01692-TL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477