THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS LTD., <br><br> Defendants. | Case No. 2:21-cv-01692-TL-BAT <br><br> **STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO DOCKLIGHT'S SECOND AMENDED COMPLAINT** <br><br> NOTING DATE: December 20, 2022 |

Plaintiff and Counterclaim-Defendant Docklight Brands, Inc. ("Docklight"), Defendants and Counterclaimants High Park Holdings Ltd. ("High Park"), and Tilray Brands, Inc. ("Tilray") (collectively the "Parties"), by and through their respective counsel, respectfully submit this Stipulated Motion to Extend Defendants' Deadline to Respond to Docklight's Second Amended Complaint.

On December 19, 2022, Docklight filed its Second Amended Complaint. The deadline for Defendants to respond is currently January 2, 2023. In light of the upcoming holidays, the Parties stipulate and agree that Defendants' deadline to respond should be extended by two weeks to January 16, 2023.

WHEREFORE, the Parties respectfully request an Order modifying the current case deadlines as described herein.

Stip. Mot. to Set Case Deadlines
Case No. 2:21-cv-01692-TAL-BAT

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED December 21, 2022.

| | |
|---|---|
| /s/ Michael P. Brown | /s/ Alicia Cobb |
| Jeffrey M. Thomas, WSBA #21175<br>Mark A. Wilner, WSBA #31550<br>Michael P. Brown, WSBA #45618<br>GORDON TILDEN THOMAS & CORDELL LLP<br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>Phone (206 467-6477 | Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com |
| *Attorneys for Plaintiff and Counterclaim-Defendant Docklight Brands, Inc.* | Rachel E. Epstein (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>rachelepstein@quinnemanuel.com |
| | *Attorneys for Defendants and Counterclaimants High Park Holdings Ltd. and Tilray Brands, Inc.* |

IT IS SO ORDERED.

DATED this 21st day of December, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Stip. Mot. to Set Case Deadlines
Case No. 2:21-cv-01692-TAL-BAT  - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: December 20, 2022                    */s/ Alicia Cobb*
                                            Alicia Cobb, WSBA #48685

Stip. Mot. to Set Case Deadlines
Case No. 2:21-cv-01692-TAL-BAT  - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000