# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> TILRAY, INC. and HIGH PARK HOLDINGS, LTD., <br><br> Defendants-Counterclaimants. | NO. 2:21-CV-01692-TL-BAT <br><br> **ORDER GRANTING HIGH PARK HOLDINGS, LTD.'S MOTION TO SEAL CERTAIN EXHIBITS TO FREEMAN DECLARATION (DKT. 99)** |

The Court, having considered High Park's Motion to Seal Certain Exhibits to the Declaration of Jacob P. Freeman (Dkt. 99), **GRANTS** the motion to seal and **ORDERS** that the versions of Exhibits H and I to the Freeman Declaration (Dkt. 100) filed under seal shall remain under seal.

DATED this 27th day of December, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING HIGH PARK'S MOTION TO SEAL - 1

CASE NO. 2:21-CV-01692-TL-BAT