1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCKLIGHT BRANDS INC,

    Plaintiff-Counterclaim Defendant,

      v.

TILRAY INC. and HIGH PARK
HOLDINGS LTD,

    Defendant-Counterclaimants.

CASE NO. 2:21-cv-01692-TL

**ORDER GRANTING IN PART
MOTION TO SEAL (DKT. 105)**

Defendants High Park Holdings Ltd. and Tilray Inc. move this Court for leave to file under seal Defendants' Response to Plaintiff's Motion for Partial Summary Judgment (the "MSJ Response") (to be filed with limited redactions), and certain Exhibits attached to the Declaration of Todd Beattie in Support of the MSJ Response (the "Beattie Declaration"). Dkt. 105). The MSJ Response references, and the Beattie Declaration attaches, non-public documents designated as confidential by Docklight (Exhibits 5, 9, 10, 11, 12, 13, 17, 18, 22, 23, and 24), and by non-party Turning Point Brands, Inc. ("TPB") (Exhibit 25). The MSJ Response also references non-public documents designated as confidential by Defendants (Exhibits 14, 30, and 31).

Plaintiff Docklight withdraws its confidentiality designations and consents to the unsealed filing of Exhibits 5, 9, 13, 17, 18, 22, and 24. Dkt. 120. Plaintiff states that Exhibits 10 and 11 should remain under seal because they contain sensitive business information the public

disclosure of which "might harm a litigant's competitive standing." Dkt. 120. Although Docklight maintains that Exhibits 12 and 23 are not relevant to the MJS, it acknowledges that both contain sensitive business information the disclosure of which could harm the business interests of the parties to the agreements.

Accordingly, it is **ORDERED** Defendants' Motion to Seal (Dkt. 105) is **granted in part and denied in part**, as follows:

1.     The version of Defendants' Response to Plaintiff's Motion for Partial Summary Judgment (Dkt. 103) and Exhibits 10, 11, 12, 14, 23, 25, 30 and 31, which were filed under seal shall remain under seal.

2.     Exhibits 5, 9, 13, 17, 18, 22, and 24 may be filed as unsealed exhibits.

DATED this 27th day of December, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING IN PART MOTION TO
SEAL (DKT. 105) - 2