The Honorable Tana Lin
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> TILRAY, INC. and HIGH PARK HOLDINGS, LTD., <br><br> Defendants-Counterclaimants. | NO. 2:21-CV-01692-TL-BAT <br><br> **STIPULATED MOTION TO RE-NOTE HIGH PARK HOLDINGS, LTD.'S MOTION TO COMPEL NON-PARTY TURNING POINT BRANDS, INC.'S COMPLIANCE WITH SUBPOENA TO PRODUCE DOCUMENTS** <br><br> NOTE ON MOTION CALENDAR: December 29, 2022 |

Defendant-Counterclaimant High Park Holdings Ltd. ("High Park") and non-party Turning Point Brands, Inc. ("TPB"), by and through their respective counsel, respectfully submit this Stipulated Motion to Re-Note High Park's Motion to Compel TPB's Compliance with Subpoena to Produce Documents (Dkt. 98, the "Motion to Compel").

On December 6, 2022, High Park filed and served the Motion to Compel, noted for January 13, 2023, with TPB's response due on December 30, 2022, by High Park and TPB's agreement. TPB has requested additional time to respond to the Motion to Compel. Therefore, High Park and TPB stipulate and agree that High Park's Motion to Compel shall be re-noted for January 20, 2023, that TPB shall file its response to the Motion to Compel by January 6, 2023, and that High Park shall file its reply by January 20, 2023.

STIPULATED MOTION TO RE-NOTE HIGH PARK'S
MOTION TO COMPEL TURNING POINT BRANDS INC.'s
COMPLIANCE WITH DOCUMENT SUBPOENA - 1

Case No. 2:21−CV−01692−TL−BAT

Savitt Bruce & Willey LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

WHEREFORE, High Park and TPB respectfully request an Order modifying the current case deadlines as described herein.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 29, 2022.

| **SAVITT BRUCE & WILLEY LLP** | **FENWICK & WEST LLP** |
|---|---|
| By  *s/ Jacob P. Freeman* <br> James P. Savitt, WSBA #16847 <br> Jacob P. Freeman, WSBA #54123 <br> 1425 Fourth Avenue Suite 800 <br> Seattle, Washington 98101-2272 <br> Telephone: 206.749.0500 <br> Facsimile:  206.749.0600 <br> Email: jsavitt@sbwllp.com <br> Email: jfreeman@sbwllp.com | By  *s/ Brian D. Buckley* <br> Brian D. Buckley (WSBA No. 26423) <br> 1191 Second Avenue, 10th Floor <br> Seattle, Washington 98101 <br> Telephone: 206-389-4510 <br> Facsimile:  206.749.0600 <br> Email: bbuckley@fenwick.com |
| *Attorneys for Defendant and Counterclaimant High Park Holdings, Ltd.* | *Attorneys for Non-Party Turning Point Brands, Inc.* |

IT IS SO ORDERED.

DATED this 3rd day of January, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION TO RE-NOTE HIGH PARK'S MOTION TO COMPEL TURNING POINT BRANDS INC.'s COMPLIANCE WITH DOCUMENT SUBPOENA - 2

CASE NO. 2:21−CV−01692−TL-BAT

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. Additionally, the foregoing document will be served upon Turning Point Brands, Inc.'s counsel, Brian Buckley, at Fenwick & West LLP 1191 Second Avenue 10th Floor, Seattle, WA 98101 via email and U.S. mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 29th day of December, 2022 at Seattle, Washington.

_____
Eric Yocom