The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS, INC., <br><br> Defendants. | Case No. 2:21-cv-01692-TL (BAT) <br><br> DOCKLIGHT'S STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO ANSWER <br><br> NOTING DATE: January 30, 2023 |

The current deadline for Docklight to respond to Defendants' Answer and Counterclaims to Docklight's Second Amended Complaint (Dkt. 135) is January 30, 2023. The parties hereby stipulate to extend that deadline by one week, to **February 6, 2023**.

IT IS SO AGREED, THROUGH COUNSEL OF RECORD.

DATED this 30th day of January, 2023.

STIPULATED MOTION TO EXTEND DEADLINE - 1
No. 2:21-cv-01692-TL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**GORDON TILDEN THOMAS & CORDELL LLP**
*Attorneys for Plaintiff Docklight Brands, Inc.*

By _____

Jeffrey M. Thomas, WSBA #21175
Mark Wilner, WSBA #31550
Michael Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
jthomas@gordontilden.com
mwilner@gordontilden.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Attorneys for Defendants and Counterclaimants Tilray, Inc. and High Park Holdings, Ltd.*

By   */s/ Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: 206-905-7000
Fax: 206-905-7100
aliciacobb@quinnemanuel.com

Rachel E. Epstein (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100
rachelepstein@quinnemanuel.com

IT IS SO ORDERED.

DATED this 2nd day of February, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION TO EXTEND DEADLINE - 2
No. 2:21-cv-01692-TL

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477