THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., | Case No. 2:21-cv-01692-TL |
| Plaintiff, | STIPULATED MOTION TO AMEND SCHEDULING ORDER |
| v. | NOTING DATE: March 23, 2023 |
| TILRAY INC. and HIGH PARK HOLDINGS LTD., | |
| Defendants. | |

## I. REQUEST TO AMEND SCHEDULING ORDER FOR DISCOVERY

Because of unexpected delays in the ESI discovery process, as well as the introduction of several new issues by virtue of the recent amendments to Docklight's complaint and Defendants' affirmative defenses and counterclaims, the parties require additional time to complete fact and expert discovery. To that end, the parties request that the Scheduling Order (Dkt. 146) be amended as indicated on the table below, to permit an additional sixty (60) days for discovery, while keeping the same deadlines and dates for dispositive briefing and for trial, currently scheduled for February 2024. This is the parties' second request to amend the Scheduling Order. As indicated, the parties wish to stipulate to specific deadlines for fact discovery and expert depositions.

STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No. 2:21-cv-01692-TL

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

| Event | Current Date | Proposed Date |
|---|---|---|
| JURY TRIAL SET FOR 9:00 AM ON | 2/5/2024 | 2/5/2024 (no change) |
| Length of Trial | 7 days | 7 days (no change) |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 5/31/2023 | 07/31/2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 6/21/2023 | 08/21/2023 |
| All motions related to discovery must be filed by | 4/21/2023 | 06/20/2023 |
| Fact discovery completed by | 5/10/2023 | 7/10/2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 10/6/2023 | 10/6/2023 (no change) |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 10/27/2023 | 10/27/2023 (no change) |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 11/30/2023 | 11/30/2023 (no change) |
| All motions in limine must be filed by | 1/8/2024 | 1/8/2024 (no change) |
| Agreed LCR 16.1 Pretrial Order due | 1/15/2024 | 1/15/2024 (no change) |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 1/22/2024 | 1/22/2024 (no change) |
| Pretrial Conference scheduled for 9:30 a.m. on | 1/29/2024 | 1/29/2024 (no change) |

## II. ORDER

IT IS SO AGREED, THROUGH COUNSEL OF RECORD.

DATED this 23rd day of March, 2023

STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No. 2:21-cv-01692-TL

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000

1

2

3
GORDON TILDEN THOMAS & CORDELL
LLP

4
*Attorneys for Plaintiff Docklight Brands, Inc.*

5
By   */s/ Michael Brown*
_____
Jeffrey M. Thomas, WSBA #21175

6
Mark Wilner, WSBA #31550
Michael Brown, WSBA #45618

7
600 University Street, Suite 2915
Seattle, Washington 98101

8
206.467.6477
jthomas@gordontilden.com

9
mwilner@gordontilden.com
mbrown@gordontilden.com

10

11
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

12
*Attorneys for Defendants and Counterclaimants*
*Tilray, Inc. and High Park Holdings, Ltd.*

13

14
By   */s/ Alicia Cobb*
_____
Alicia Cobb, WSBA #48685

15
1109 First Avenue, Suite 210

16
Seattle, Washington 98101
Phone (206) 905-7000

17
Fax (206) 905-7100
aliciacobb@quinnemanuel.com

18

19
Rachel E. Epstein (*pro hac vice*)
51 Madison Avenue, 22nd Floor

20
New York, New York 10010
(212) 849-7000

21
rachelepstein@quinnemanuel.com

22
IT IS SO ORDERED. DATED this 23rd

23
day of March                              2023.

24
_____
Honorable Brian A. Tsuchida

25
United States Magistrate Judge

26

27

STIPULATED MOTION TO AMEND SCHEDULING ORDER
Case No. 2:21-cv-01692-TL

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
(206) 905-7000