The Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS, INC., <br><br> Defendants. | Case No. 2:21-cv-01692-TL (BAT) <br><br> DOCKLIGHT'S STIPULATED MOTION TO DISMISS CLAIM FOR BREACH OF CONFIDENTIALITY <br><br> NOTE ON MOTION CALENDAR: <br> July 24, 2023 |

Plaintiff Docklight Brands, Inc. moves for leave to dismiss, with prejudice, its claim for breach of the License's confidentiality clause. *See* Dkt. 163, ¶¶ 4.21, 4.24, 5.6. Defendants stipulate to the dismissal.

IT IS SO ORDERED.

Dated: July 25, 2023

_____
Honorable Tana Lin
United States District Judge

DATED this 24th day of July, 2023 and respectfully presented by:

**GORDON TILDEN THOMAS & CORDELL** LLP
*Attorneys for Plaintiff Docklight Brands, Inc.*

By     s/ *Michael Brown*
Jeffrey M. Thomas, WSBA #21175
Mark Wilner, WSBA #31550
Michael Brown, WSBA #45618
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
jthomas@gordontilden.com
mwilner@gordontilden.com


**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Attorneys for Defendants and Counterclaimants Tilray, Inc. and High Park Holdings, Ltd.*

By     s/ *Alicia Cobb*
Alicia Cobb, WSBA # 48685
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: 206-905-7000
Fax: 206-905-7100
aliciacobb@quinnemanuel.com

Rachel E. Epstein (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000
Fax: 212-849-7100
rachelepstein@quinnemanuel.com