UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS INC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>TILRAY INC. and HIGH PARK HOLDINGS LTD,<br><br>    Defendants-Counterclaimants. | CASE NO. 2:21-cv-01692-TL<br><br>**ORDER DIRECTING DEFENDANTS TO PRODUCE UNREDACTED DOCUMENTS FOR** *IN CAMERA* **REVIEW** |

Defendants Tilray Inc and High Park Holdings Ltd move for the disqualification of Patrick Moen. Dkt. 174. Defendants filed redacted copies of privileged documents in support of their motion and offered to submit unredacted versions of the documents to the Court for *in camera* review. Dkts. 175 and 192, Declarations of Mario Gazzola.

Accordingly, the Court **ORDERS** Defendants to submit unredacted versions of the documents submitted in support of their motion to the Court *in camera* by **August 7, 2023**.

DATED this 31st day of July, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING DEFENDANTS TO
PRODUCE UNREDACTED DOCUMENTS
FOR IN CAMERA REVIEW - 1

1
2
3
                                                   _____
                                                   BRIAN A. TSUCHIDA
                                                   United States Magistrate Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER DIRECTING DEFENDANTS TO
PRODUCE UNREDACTED DOCUMENTS
FOR IN CAMERA REVIEW - 2