UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS INC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>  v.<br><br>TILRAY INC. and HIGH PARK HOLDINGS LTD,<br><br>    Defendants-Counterclaimants. | CASE NO. 2:21-cv-01692-TL<br><br>**ORDER GRANTING MOTION TO SEAL** |

    Defendants Tilray Inc. and High Park Holdings Ltd. move to seal the parties' LCR 37 Submission (Dkts. 201, 212) and Exhibit J to the Declaration of Mario Gazzola (Dkt. 213, 214).

    It is **ORDERED** that the motion to seal (Dkt. 211) is **GRANTED**.

    DATED this 1st day of August, 2023.

                                                BRIAN A. TSUCHIDA
                                              United States Magistrate Judge