UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOCKLIGHT BRANDS INC, <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> TILRAY INC. and HIGH PARK HOLDINGS LTD, <br><br> Defendants-Counterclaimants. | CASE NO. 2:21-cv-01692-TL <br><br> **ORDER** |

Defendants seek leave to file a Sur-Surreply to Plaintiff's Surreply (Dkt. 202) to Defendants' Motion to Disqualify Patrick Moen and Modify Protective Order (Dkt. 174). Dkt. 206. Plaintiff moves to strike the proposed sur-surreply. Dkt. 208. On July 31, 2024, the Court requested Defendants to provide their unredacted exhibits for in camera review. Dkt. 209. Further briefing by the parties is unnecessary.

It is **ORDERED** that Defendants' motion (Dkt. 206) is **DENIED**; Plaintiff's motion to strike (Dkt. 208) is **GRANTED**.

DATED this 2nd day of August, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER - 1